## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:10CR425** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **RICHARD COSTANZO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

        This matter is before the court on the oral motion of defendant Richard Costanzo
(Costanzo) for an extension of the pretrial motion deadline.  The motion was made during
a detention hearing on November 24, 2010.  The government had no objection to the
motion.  The oral motion was granted.

        **IT IS ORDERED:**

        1.      Costanzo's motion for an extension of time to file pretrial motions is granted.
Costanzo shall have **to on or before December 31, 2010**, in which to file pretrial motions
in accordance with the progression order.

        2.      The ends of justice have been served by granting such motion and outweigh
the interests of the public and the defendant in a speedy trial.  The additional time arising
as a result of the granting of the motion, i.e., the time between **November 24, 2010, and
December 31, 2010**, shall be deemed excludable time in any computation of time under
the requirement of the Speedy Trial Act  for the reason defendant's counsel requires
additional time to adequately prepare the case, taking into consideration due diligence of
counsel, and the novelty and complexity of this case.  The failure to grant additional time
might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

        DATED this 24th day of November, 2010.

                                        BY THE COURT:


                                        s/Thomas D. Thalken
                                        United States Magistrate Judge