IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>RICHARD COSTANZO,<br><br>          Defendant. | **8:10CR146**<br><br>**ORDER** |
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>RICHARD COSTANZO,<br><br>         Defendant. | **8:10CR425**<br><br>**ORDER** |

Before the court is pro se defendant Richard Costanzo's Motion to Return Property Pursuant to Fed. R. Crim. P. 41(g) (Filing No. 64 in 8:10CR146 and Filing No. 64 in 8:10CR425).

IT IS ORDERED that the government is given 14 days to file a response to the defendant's motion.

Dated this 1st day of August, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge